ROSCOE W. SMITH, Individually and as Executor, etc., of IRVING D. SMITH, Deceased, and ELWOOD C. SMITH, as Executor, etc., of IRVING D. SMITH, Deceased, Respondents, v. JEAN EASTMAN AVENER, Appellant, and THE SUFFERN NATIONAL BANK AND TRUST COMPANY OF SUFFERN, N. Y., Defendant.— Order denying

---

* See Code of Ordinances of City of New York, chap. 5, §§ 93, 161; Id. chap. 5, § 5, subd. 4.— [REP.

motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. The appealing defendant may answer within ten days from the entry of the order herein. We are of opinion that the facts should be elicited upon a trial before the questions of law involved are determined. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.